**Fill in this Information to identify the case:**

Debtor 1    __FELIX__                           __GIRASAKI__
          First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number: 20-70284

---

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $20,925 |
| Claimant's Name: | FELIX GIRASAKI |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | FELIX GIRASAKI<br>28 McLoughlin Street<br>Glen Cove NY 11542<br>347-228-1788<br>felixgirasakisaki88@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation (*Check statement that applies*)

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney** *(Check statement that applies)*

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Eastern District of New York
> 271-A Cadman Plaza East
> Brooklyn, NY 11201

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____4/11/2023_____

_____[signature]_____
Signature of Applicant

_____FELIX GIRASAKI_____
Printed Name of Applicant

Address: 28 McLoughlin Street
Glen Cove NY 11542

Telephone: ___347-228-1788___

Email: ___felixgirasakisaki88@gmail.com___

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

**6. Notarization**
STATE OF _____New York_____

COUNTY OF _____Nassau_____

This Application for Unclaimed Funds, dated ___4/12/2023___ was subscribed and sworn to before me this __12th__ day of _____April_____, 20__23__ by

_____FELIX GIRASAKI_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _[signature]_

My commission expires: 9/7/2025

BRADLEY P. WEISS
Notary Public, State of New York
Registration No. 01WE5017524
Qualified in Suffolk County
Commission Expires Sept. 7, 2025

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

---

Form 1340        Application for Payment of Unclaimed Funds        Page 2